**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE:  Melissa Dawn Ratcliff                                                    Case Number:   19-10362
Debtor

# NOTICE THAT TRUSTEE WILL NO LONGER PAY CLAIM
# BASED ON UNEXPLAINED CREDITOR REFUND

Notice is hereby given that the Chapter 13 Trustee has received a refund of payment(s) made on claim #3.00 filed by RUSHMORE LOAN MANAGEMENT SERVICES and there is no explanation regarding the reason for the refund.

The Trustee will forever cease distribution on this claim unless a response and request to resume payment is filed with the United States Bankruptcy Court by the debtor or creditor.

A copy of the documentation received by the Trustee is available, and will be provided, to any interested party making such a request.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 7/1/2021.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

Melissa Dawn Ratcliff
130 Sunshine Drive
Grayson, KY  41143

MATTHEWS, WILL JARED
Served Electronically Via ECF

RUSHMORE LOAN MANAGEMENT SERVICES
P O BOX 52708
IRVINE, CA 92619

SYNCHRONY BANK
VIA ECF
,

REISENFELD & ASSOCIATES LLC
VIA ECF
,

RUSHMORE LOAN MANAGEMENT
SERVICES LLC
P O BOX 55004
IRVINE, CA  92619-2708