# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## ASHLAND DIVISION

| | |
|---|---|
| In Re: | Case No. 19-10362 |
| Melissa Dawn Ratcliff | Chapter 13 |
| Debtor(s). | Judge Tracey N. Wise |

**NOTICE REGARDING NOTICE OF RESPONSE TO NOTICE THAT TRUSTEE WILL NO LONGER PAY CLAIM BASED ON UNEXPLAINED CREDITOR REFUND AND REQUEST TO RESUME PAYMENT**

RUSHMORE LOAN MANAGEMENT SERVICES as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust ("Creditor") files this Notice regarding the Notice of Response to Notice that Trustee will no longer pay claim based on unexplained creditor refund and request to resume payment filed on July 15, 2021 (Doc. No. 49).

1. Per Chapter 13 Trustee Staff Attorney Cheryl James' August 13, 2021 11:41 e-mail, the August 18, 2021 hearing on this matter is not necessary. Ms. James stated: "You filed a response to the Trustee's notice that she cease payment of the US Bank claim because of an unexplained refund. Based on the response you filed and the transfer of the claim, the Trustee restarted disbursements on the claim and in fact disbursed to the claimant at the end of July. As stated in the Trustee's notice, all that is required to restart disbursements is a response and request to resume the payments."

2. The hearing set by Creditor's notice filed at ECF 49 is therefore not required, and in the interest of judicial efficiency, Creditor requests that the hearing be removed from the Court's docket.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (86802)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on August 17, 2021.

**By Notice of Electronic Filing to:**

    Will Jared Matthews, Debtor's Counsel
    willjared@gmail.com

    Beverly M. Burden, Trustee
    Notices@Ch13EDKY.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Melissa Dawn Ratcliff, Debtor
    130 Sunshine Drive
    Grayson, KY 41143

/s/ Jon J. Lieberman
Jon J. Lieberman (86802)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor